JOSEPH ROWELS v. STATE OF NEBRASKA.

FILED MARCH 6, 1894.   No. 5355.

Intoxicating Liquors: LICENSE: CONSTITUTIONAL LAW.   On the authority of *Hunzinger v. State*, decided at this term, and reported in 39 Neb., 653, the judgment in this case is affirmed.

ERROR to the district court for Douglas county.   Tried below before DAVIS, J.

*M. V. Gannon*, for plaintiff in error.

*George H. Hastings, Attorney General*, for the state.

RAGAN, C.

The facts in this case and the law applicable thereto are the same as in *Hunzinger v. State,* decided at this term, and reported in 39 Neb., 653, and on the authority of that case the judgment of the district court is

AFFIRMED.